UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00170-MR

| | |
|---|---|
| FREDERICK PRATT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAYDEN ROBBINS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte* on the Court's denial of Defendants' Motion for Summary Judgment as to Defendants Robbins and Delozier.

The parties are directed to notify the Court within fourteen (14) days of this Order if they object to participating in a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should either or both parties object to a judicial settlement

conference in this matter, the matter will be set for trial to occur as soon as feasible.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order if they object to a judicial settlement conference in this matter in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: June 2, 2023

Martin Reidinger
Chief United States District Judge

2

Case 5:20-cv-00170-MR   Document 46   Filed 06/05/23   Page 2 of 2