# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### 5:20-cv-00170-MR

| | | |
|---|---|---|
| FREDERICK PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| HAYDEN ROBBINS; and | ) | |
| TRAVIS DELOZIER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 49.

A judicial settlement conference is set for **Thursday, August 17, 2023 from 9:30 a.m. to 11:30 a.m.**

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from his present place of incarceration and that facility shall ensure that the necessary accommodations are made to allow Plaintiff to participate reasonably including, to the extent possible, allowing Plaintiff to participate from a private setting and with access

1

to his case materials and allowing Plaintiff's counsel[1] to be in the same location as Plaintiff.[2]

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later **than August 14, 2023** or be subject to summary denial.

---

[1] On January 18, 2022, David W. McDonald filed a Notice of Appearance on behalf of Plaintiff. Doc. 27.

[2] The Court strongly prefers the Plaintiff and his attorney be able to participate from the same room at the facility and be able to confer privately when necessary. However, if the facility reasonably determines that such arrangements of this nature cannot be made, Plaintiff and his attorney shall, in any event, participate in the conference using a single telephone line (even if counsel is not physically located at the facility with Plaintiff).

2

Plaintiff's counsel shall ensure that the Warden and/or Plaintiff's case manager at Plaintiff's present location receive(s) notice of the conference, including call-in information and a copy of this Order.

It is so ordered.

Signed: July 3, 2023

W. Carleton Metcalf
United States Magistrate Judge