IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
5:20-cv-00170-MR

| | |
|---|---|
| FREDERICK PRATT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAYDEN ROBBINS, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the undersigned following a telephonic judicial settlement conference which was conducted on August 17, 2023, with all parties and their counsel being present.

It appears that the parties may benefit from the opportunity to engage in additional settlement discussions directly through counsel.

**IT IS THEREFORE ORDERED THAT:**

1. The judicial settlement conference in this matter, which began on August 17, 2023, is **RECESSED**.

2. The parties shall file, on or before **September 16, 2023**, a joint report advising of the status of their subsequent discussions including, for example, whether the parties have reached an agreement on all issues, have made progress toward an agreement but would request

1

that the judicial settlement conference be reconvened with the undersigned, or have determined that additional settlement discussions would not be productive.

Signed: August 17, 2023

W. Carleton Metcalf
United States Magistrate Judge