# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:20-cv-170-GCM

| | | |
|---|---|---|
| **FREDERICK PRATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD TESTIFICANDUM** |
| **HAYDEN ROBBINS,** | ) | |
| **TRAVIS DELOZIER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.**

**TO: Warden, Alexander Correctional Institution, Taylorsville, North Carolina.**

**IT IS ORDERED** that the Warden of the Alexander Correctional Institution, have the body of **Frederick C Pratt**, offender number **0806221**, now incarcerated at the Alexander Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before January 24, 2024 at 10:00 a.m., to be present for the trial in this matter. Mr. Pratt's trial is scheduled to begin at 10:00 a.m. on Wednesday, January 24 2024, in Courtroom #8 of the United States Courthouse, 401 W. Trade Street, Charlotte, North Carolina 28202.

Because Mr. Pratt is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Pratt while he is in the courthouse. The Warden of Alexander Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for

maintaining custody of, and ensure safe and secure conduct by, Mr. Pratt for the duration of the trial in this matter. **The Warden of Alexander Correctional Institution shall ensure that Mr. Pratt is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Alexander Correctional Institution must transport Plaintiff Frederick C Pratt so that he is present for trial to begin on **Wednesday, January 24, 2024 at 10:00 a.m. in Charlotte**, and then return him to the Alexander Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to transmit a copy of this Order to all parties; the U.S. Marshal; the Warden of the Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

Signed: October 5, 2023

Graham C. Mullen
United States District Judge