# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Frederick Pratt, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00170-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Hayden Robbins | ) | |
| Travis Delozier, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on January 25, 2024.

January 25, 2024

Katherine Hord Simon, Clerk
United States District Court